UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATSY CROOM,
    Plaintiff,

vs.                                   CASE NO. 8:07-CIV-1194-T-17-TGW

SHERIFF WILLIAM F. BALKWILL,
et al.,
    Defendants,
_____/

## ORDER

This cause is before the Court on plaintiff's motion to strike clerk's cost judgment (Docket No. 45) and response thereto (Docket No. 46). The defendant, United States of America (USA), filed a proposed bill of costs which was appropriately entered by the clerk's office (Docket Nos. 43 and 44).

The plaintiff subsequently filed the instant motion, which motion was not filed within the five days provided for in Rule 54(d)(1), Fed.R.Civ.P. The Court finds that the motion was not timely filed. However, the defendant USA agrees that the cost of the deposition of Rodney Vanderploeg, in the amount of $700.00, was inadvertently included in the bill of costs and should be subtracted. The government also addresses the merits of the remaining objections to the bill of costs. The Court agrees with the government that, even if the motion was not untimely, the objections are not well-taken and the bill of costs is otherwise appropriate. Accordingly, it is

**ORDERED** that the plaintiff's motion to strike clerk's cost judgment (Docket No. 45) is **granted in part only**, in that the amount of $700.00 is subtracted from the taxable costs granted leaving the taxable costs as $2,112.00, and **denied in all other parts**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 14th day of May, 2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record